**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN W. CHASE, | ) Case No. CV 22-5641-AB (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| J. ENGLEMAN, Warden, | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: November 9, 2023

ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE